MILDRED OFFICER, Respondent, v. CLAREMONT RIDING ACADEMY, INC., et al., Respondents, and KRAMER & VOLETSKY, Appellant. LULU GOODEN, as Mother and Natural Guardian of LORRAINE GOODEN, an Infant, et al., Respondents, v. CLAREMONT RIDING STABLES et al., Respondents, and KRAMER & VOLETSKY, Appellant.—

Concur — Eager, J. P., Capozzoli, Markewich and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LUIS MANUEL ROSARIO.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.